### IN THE UNITED STATES DISTRICT COURT
### FOR DISTRICT OF DELAWARE

| | |
|---|---|
| YOUTUBE, LLC and GOOGLE LLC  )<br>  )<br>  )  Misc. Action No. _____<br>Plaintiffs,  )<br>  )  (Related Action Civ. No. 3:20-cv-04423-JD<br>v.  )  (N.D. Cal.))<br>  )<br>INTELLECTUAL PROPERTY LLC,  )<br>  )<br>Defendant.  )<br>  )<br>  ) | |

### PLAINTIFFS' MOTION TO COMPEL

Pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, YouTube, LLC ("YouTube") and Google LLC ("Google") (collectively, "YouTube") respectfully move for an Order compelling Intellectual Property LLC ("IPLLC") to produce documents that were requested in the subpoena *duces tecum* served on IPLLC on June 2, 2021 (the "Subpoena"). The full grounds for the motion can be found within the opening brief.

Respectfully submitted,

Dated: June 8, 2022

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation

/s/ *Ian R. Liston*
Ian R. Liston (DE Bar ID# 5507)
Jennifer A. Ward (DE Bar ID # 6476)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
Tel.: (302) 304-7600
Fax: (302) 974-7329
*iliston@wsgr.com*
*jward@wsgr.com*

*Attorneys for Plaintiffs*