## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YOUTUBE, LLC and GOOGLE LLC, | ) Misc. Action No. 22-mc-00260 |
| | ) |
| Plaintiffs, | ) (Related Action Civ. No. |
| | ) 3:20-cv-04423-JD (N.D. Cal.)) |
| v. | ) |
| | ) Hon. Colm F. Connolly |
| INTELLECTUAL PROPERTY LLC, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's

April 18, 2022 Standing Order Regarding Disclosure Statements Required by

Federal Rule of Civil Procedure 7.1, Defendant Intellectual Property LLC

("IPLLC") hereby discloses that its sole owner is Gábor Csupó. There are no other

owners, members, or partners of IPLLC.

THE ROSNER LAW GROUP LLC

Dated: June 22, 2022       */s/ Frederick B. Rosner*
Frederick B. Rosner
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801
T: (302) 319-6300
rosner@teamrosner.com

1

George A. Zelcs (*pro hac vice forthcoming*)
Randall P. Ewing (*pro hac vice forthcoming*)
Korein Tillery LLC
205 N. Michigan Plaza, Suite 1950
Chicago, Illinois 60601
T: (312) 641-9750
F: (312) 641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com

*Counsel for IPLLC*