# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

222 Delaware Ave
Suite 800
Wilmington, Delaware 19801

O: 302-304-7600
F: 866.974.7329

IAN R. LISTON
Internet: ILISTON@wsgr.com
Direct dial: (302) 304-7606

February 7, 2023

*VIA ELECTRONIC FILING*

The Honorable Colm F. Connolly
United States District Court
    for the District of Delaware
844 North King Street
Wilmington, DE 19801

    **Re:**    *YouTube LLC and Google LLC v. Intellectual Property LLC,*
        *C.A. No. 22-mc-260 (CFC)*

Dear Chief Judge Connolly:

    We write on behalf of YouTube, LLC and Google LLC (collectively, "YouTube"), in connection with the above referenced miscellaneous action opened on June 8, 2022. The Court currently has before it a motion to compel the production of documents responsive to a subpoena YouTube served on Intellectual Property LLC ("IPLLC"). *See* Motion to Compel, D.I. 1-3, 6 and 12. Briefing on YouTube's Motion to Compel closed June 29, 2022. D.I. 12. The Court in the underlying matter (*Maria Schneider et al. v. Google LLC and YouTube, LLC*, Case No. 3:20-cv-04423-JD (N.D. Cal. filed July 2, 2020)), has now set the case for trial in June 2023. In light of the upcoming trial, YouTube respectfully requests that the Court rule on its pending motion to compel.

    We are available at the Court's convenience should Your Honor have any questions.

AUSTIN   BEIJING   BOSTON   BRUSSELS   HONG KONG   LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE

**WILSON
SONSINI**

Chief Judge Connolly
February 7, 2023
Page 2

Respectfully,

WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation

*/s/ Ian R. Liston*

Ian R. Liston (#5507)

cc:     All counsel of record (via CM-ECF)